Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

January 8 20 25

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

1. TOMMY PHAM,

2. DONFEUY SAEPHAN,

3. KHAMPHETH KEODARA,

4. SANG TRAN, and

5. THEODORE NATION,

Defendants.

NO. CR25-002 KKE

INDICTMENT

The Grand Jury charges that:

## COUNT 1

### (Conspiracy to Distribute Controlled Substances)

Beginning at a time unknown, and continuing until at least January 8, 2025, in King County, within the Western District of Washington, and elsewhere, TOMMY PHAM, DONFEUY SAEPHAN, KHAMPHETH KEODARA, SANG TRAN, and

Indictment - 1
*United States v. Pham et al.*
USAO No. 2023R01327

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

THEODORE NATION, and others known and unknown, did knowingly and intentionally conspire to distribute controlled substances, including: methamphetamine, cocaine, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), substances controlled under Title 21, United States Code.

The Grand Jury further alleges that with respect to TOMMY PHAM, DONFEUY SAEPHAN, KHAMPHETH KEODARA, and SANG TRAN, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, in violation of Title 21, United States Code, Sections 841(b)(1)(A).

The Grand Jury further alleges that with respect to THEODORE NATION, their conduct as a member of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved five grams or more of methamphetamine, its salts, isomers, or salts of its isomers, in violation of Title 21, United States Code, Sections 841(b)(1)(B).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## COUNT 2

### (Possession of Controlled Substances with Intent to Distribute)

On or about September 30, 2024, in King County, within the Western District of Washington, THEODORE NATION did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of, with the intent to distribute, controlled substances, including: methamphetamine and fentanyl, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved five grams or more of methamphetamine, its salts, isomers, or salts of its isomers.

Indictment - 2
*United States v. Pham et al.*
USAO No. 2023R01327

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 3

### (Distribution of a Controlled Substances)

On or about December 5, 2024, in King County within the Western District of Washington, TOMMY PHAM and SANG TRAN did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance: methamphetamine, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 4

### (Unlawful Possession of a Firearm)

On or about December 7, 2024, in King County, within the Western District of Washington, TOMMY PHAM, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i.  *Felon in Possession of a Firearm, Possession of Marijuana with Intent to Distribute*, and *Felon in Possession of Firearms* in United States District Court for the Western District of Washington, under case number CR11-111 RSL, on or about April 27, 2012;

Indictment - 3
*United States v. Pham et al.*
USAO No. 2023R01327

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Glock 19 pistol, that had been shipped and transported in interstate and foreign commerce.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

The allegations contained in Counts 1-4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of any of the offenses alleged in Counts 1, 2 or 3, TOMMY PHAM, DONFEUY SAEPHAN, KHAMPHETH KEODARA, SANG TRAN, and THEODORE NATION shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853,  any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense, including but not limited to:

a.    A Glock 19 pistol and associated ammunition, seized from TOMMY PHAM on or about December 7, 2024;

b.    Approximately $1,322 in U.S. currency, seized from TOMMY PHAM on or about December 7, 2024; and,

c.    Approximately $1,372 in U.S. currency, seized from an Audi sedan on or about September 30, 2024.

Upon conviction of the offense alleged in Count 4, TOMMY PHAM shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to: a Glock 19 pistol and associated ammunition, seized from TOMMY PHAM on or about December 7, 2024.

Indictment - 4
*United States v. Pham et al.*
USAO No. 2023R01327

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

//

//

//

Indictment - 5
*United States v. Pham et al.*
USAO No. 2023R01327

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: *yes*

DATED: 8 Jan 25

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____

TESSA M. GORMAN
United States Attorney

_____

VINCENT T. LOMBARDI
Assistant United States Attorney

_____

CASEY S. CONZATTI
Assistant United States Attorney

_____

BRIAN J. WYNNE
Assistant United States Attorney

Indictment - 6
*United States v. Pham et al.*
USAO No. 2023R01327

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970